**SERVICE OTHER THAN BY VIRGINIA SHERIFF**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. CL24000723-00

Service No. 2 ............ (Clerk's use only)

LYNCHBURG ............ Circuit Court

BURNETT, MARGARET DABNEY ............ v. SUBARU OF AMERICA, INC.

TERRY INC., TONY L. TERRY, 19134 FOREST ROAD, LYNCHBURG, VA 24502-

is the name and address of the person upon whom service of the following is to be made:
- [ ] Summons and Complaint
- [x] COMPLAINT

I, the undersigned, swear/affirm that
1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).
   Breeland Sandhoff 434-239-8647
   Virginia Attorneys' Process Service
   553 Old Plantation Dr, Lynchburg, Va 24502

   or,
   [ ] I am an investigator employed by an attorney for the Commonwealth or the Indigent Defense Commission and have retired or resigned from my prior position as a law-enforcement officer in good standing. I affirm that the sheriff for the jurisdiction where process was served has agreed that such investigators may serve process. (List name, title and agency below.)

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
   - Date and time of service: July 26, 2024 3:25 P.M.
   - Place of service: Terry Inc. 19134 Forest Rd. Lynchburg, Va.
   - Method of service: Served Tony Terry Finance Manager

[x] Personal Service  [ ] Not Found
[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ............
  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
  [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

DATE OF MAILING

8-2-24 DATE

SIGNATURE

State/Commonwealth of Virginia, [ ] City [x] County of Campbell
Subscribed and sworn to/affirmed before me this 2 day of August, 2024
by Breeland Sandhoff    Private Process Server
PRINT NAME OF SIGNATORY    TITLE

8-2-24 DATE
NOTARY PUBLIC (My commission expires July 31, 2025)
Registration No. ............

FORM CC-1407 MASTER 07/18