IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **MARGARET DABNEY BURNETT,** | * |
| *Plaintiff,* | * |
| | * Civil Action # 6:24-cv-00042 |
| v. | * |
| **SUBARU OF AMERICA, INC. AND** | * |
| **TERRY INC. D/B/A** | * |
| **TERRY VOLKSWAGEN + SUBARU** | * |
| **Defendants.** | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Now into Court, comes Plaintiff, Margaret Dabney Burnett, by counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests entry of default against Terry Inc. and in support thereof states as follows:

1. Margaret Dabney Burnett filed her Complaint on June 28, 2024.

2. A summons was issued on this Complaint on July 3, 2024.

3. Service of Process on Terry Inc. was made on July 26, 2024, with accompanying Affidavit of Service (incorporated herein in accordance with Rule 55).

4. Terry Inc. has failed to file responsive pleadings to the Complaint within the time proscribed by F.R.C.P Rule 12(a)(1)(b)

5. Accordingly, Terry Inc. is in default on the Complaint.

**Wherefore**, Margaret Dabney Burnett requests the entry of default against Terry Inc.

                                       Respectfully submitted,

                                       Margaret Dabney Burnett

                                       By: /s/ James B. Feinman
                                                        Of Counsel

James B. Feinman, Esq. (VSB#28125)
P.O. Box 697
Lynchburg, Virginia 24505
434-846-7603
434-846-0153
jb@jfeinman.com

## Certificate of Service

I hereby certify that, on the 10th day of September 2024, a true and accurate copy of the forgoing was electronically filed with Clerk of the Circuit using CM/ECF system. The defendant is in default and is not entitled to further notice under the Federal Rules of Civil Procedure.

# SERVICE OTHER THAN BY VIRGINIA SHERIFF
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. CL24000723-00

Service No. 2 (Clerk's use only)

LYNCHBURG .................... Circuit Court

BURNETT, MARGARET DABNEY v. SUBARU OF AMERICA, INC.

TERRY INC., TONY L. TERRY, 19134 FOREST ROAD, LYNCHBURG, VA 24502-

is the name and address of the person upon whom service of the following is to be made:
- [ ] Summons and Complaint
- [x] COMPLAINT

I, the undersigned, swear/affirm that
1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

or,

[x] I am a private process server (list name, address and telephone number below).
Breeland Sandhoff 434-239-8647
Virginia Attorneys' Process Service
553 Old Plantation Dr. Lynchburg, Va 24502

or,

[ ] I am an investigator employed by an attorney for the Commonwealth or the Indigent Defense Commission and have retired or resigned from my prior position as a law-enforcement officer in good standing. I affirm that the sheriff for the jurisdiction where process was served has agreed that such investigators may serve process. (List name, title and agency below.)

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

- Date and time of service: July 26, 2024 3:25 P.M.
- Place of service: Terry Inc. 19134 Forest Rd. Lynchburg, Va.
- Method of service: Served Tony Terry Finance Manager

[x] Personal Service    [ ] Not Found

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ...
  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
  [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

DATE OF MAILING ..................

DATE: 8-2-24

SIGNATURE: [signed]

State/Commonwealth of Virginia, [ ] City [x] County of Campbell

Subscribed and sworn to/affirmed before me this 2 day of August, 2024

by Breeland Sandhoff
PRINT NAME OF SIGNATORY

Title: Private Process Server

DATE: 8-2-24

NOTARY PUBLIC (My commission expires July 31, 2025)
Registration No. ....................

FORM CC-1407 MASTER 07/18