IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **MARGARET DABNEY BURNETT,** Plaintiff, | ) ) ) |
| v. | ) ) ) |
| **SUBARU OF AMERICA, INC. AND** | ) ) ) Case No.: 6:24-cv-00042 |
| **TERRY INC., d/b/a TERRY VOLKSWAGEN + SUBARU** | ) ) ) ) |
| Defendants | ) ) |

## MEMORANDUM IN SUPPORT OF CONSENT MOTION TO STAY DEADLINES AS TO SUBARU'S MOTION TO DISMISS

Comes now Plaintiff, with the consent and agreement of Subaru of America, Inc., and files this memorandum in support of the Consent Motion to Stay Deadlines as to Subaru of America's Motion to Dismiss.

1. Plaintiff has requested the Court stay deadlines related to Subaru's Motion to Dismiss pending its ruling on the Motion for Default Judgment as to the dealer. The Plaintiff may need discovery from Terry, Inc. before being able to fully respond to Subaru's Motion to Dismiss. Subaru does not oppose this motion.

2. Judicial economy will be served by resolving the Motion for Default before proceeding with additional motions practice. This will also conserve the resources of the Parties as well as the resources of the Court.

3. Based upon the facts and representation stated above, the Plaintiff with the consent of Subaru, moves the Court to extend the deadline for the Plaintiff to respond to Subaru's motion to dismiss until after the Court resolves the Motion for

Default. If necessary, the Court can then re-establish deadlines for the adjudication of the pending motion to dismiss. A Proposed Order is attached hereto.

Respectfully Submitted,

/s/ James B. Feinman
James B. Feinman (VSB# 28125)
James B. Feinman & Associates
P.O. Box 697
Lynchburg, VA 24505
Telephone: (434) 846-7603
Fax: (434) 846-0158
Email: jb@jfeinman.com
*Counsel for Margaret Dabney Burnett, et al.*

/s/ Laura May Hooe, Esq.
Laura May Hooe, Esq. (VSB No. 84170)
Ashley A. Davoli, Esq. (VSB No. 93466)
Moran Reeves & Conn PC
1211 East Cary Street Richmond, Virginia 23219
Tel: 804-421-6250
Fax: 804-421-6251
lmayhooe@moranreevesconn.com
adavoli@moranreevesconn.com
Counsel for Subaru of America, Inc.