IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **MARGARET DABNEY BURNETT,**<br>Plaintiff,<br><br>v.<br><br>**SUBARU OF AMERICA, INC. AND**<br><br>**TERRY INC., d/b/a**<br>**TERRY VOLKSWAGEN + SUBARU**<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 6:24-cv-00042<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

This matter comes before the Court upon the Motion of the Plaintiff Dabney Burnett to Stay Deadlines as to Subaru's Motion to Dismiss. (the "*Motion*") (*ECF No. 3.)* Upon due consideration of the Motion and the good cause shown, the Court GRANTS the Motion, and stays all deadlines as to Subaru's motion to Dismiss.

IT IS SO ORDERED.

Dates: September____, 2024

_____
Honorable C. Kailani Memmer
United States Magistrate Judge

1