IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **MARGARET DABNEY BURNETT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**SUBARU OF AMERICA, INC., and** )<br>)<br>**TERRY INC., d/b/a** )<br>**TERRY VOLKSWAGEN + SUBARU** )<br>)<br>Defendants. )<br>) | Case No.: 6:24-cv-00042 |

**JOINT MOTION TO CONTINUE**
**JANUARY 14, 2025 HEARING**

COMES NOW Plaintiff, Margaret Dabney Burnett, by counsel, with the consent and agreement of Defendants Subaru of America, Inc. and Terry Inc., d/b/a Terry Volkswagen + Subaru, and moves the Court to continue the hearing currently scheduled for January 14, 2025 for at least thirty (30) days.

A Memorandum of Law in Support of this Motion is filed contemporaneously herewith.

Respectfully Submitted,

*/s/ James B. Feinman*
James B. Feinman (VSB# 28125)
James B. Feinman & Associates
P.O. Box 697
Lynchburg, VA 24505
Telephone: (434) 846-7603
Fax: (434) 846-0158
Email: jb@jfeinman.com
*Counsel for Margaret Dabney Burnett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically serve all counsel of record.

*/s/ James B. Feinman*
James B. Feinman, Esq. (VSB# 28125)
James B. Feinman & Associates
P.O. Box 697
Lynchburg, VA 24505
Telephone: (434) 846-7603
Fax: (434) 846-0158
jb@jfeinman.com
*Counsel for Margaret Dabney Burnett*