IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| **MARGARET DABNEY BURNETT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SUBARU OF AMERICA, INC., and** | ) | **Case No.: 6:24-cv-00042** |
| | ) | |
| **TERRY INC., d/b/a** | ) | |
| **TERRY VOLKSWAGEN + SUBARU** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion to Continue the January 14, 2025 Hearing (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Parties shall confer with Chambers to find a mutually agreeable date at least thirty (30) days from January 14, 2025 for hearing upon Subaru of America, Inc.'s Motion to Dismiss Counts I, II, and IV of Plaintiff's Complaint (ECF No. 3) and Plaintiff's Motion for Default as to Terry Inc., d/b/a Terry Volkswagen + Subaru (ECF No. 15), if such hearing is necessary.

It is so ORDERED.


Dated: _____                    _____
                                           Michael S. Urbanski
                                           Senior United States District Judge