CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/18/2025

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARGARET DABNEY BURNETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:24-cv-042 |
| SUBARU OF AMERICA, INC. | ) |
| and | ) |
| TERRY, INC. d/b/a TERRY VOLKSWAGEN & SUBARU, | ) |
| Defendants. | ) |

## ORDER

A hearing was scheduled in this matter for January 14, 2025. ECF No. 29. The hearing was set to address two pending motions: a motion to dismiss filed on August 6, 2024, by defendant Subaru of America, Inc, ECF No. 3, and a motion for default judgment filed on September 10, 2024, by plaintiff Margaret Dabney Burnett, ECF No. 15. However, the parties jointly moved to continue the hearing on January 13, 2025, ECF No. 30, citing both personal reasons relating to multiple lawyers involved in the matter and the possibility of a "potential resolution to the Motions . . . , which may moot the Motions and obviate the need for a hearing." ECF No. 31. The court granted the motion to continue. ECF No. 32. Having received no further communications or filings from the parties since January 14, 2025, the court **DIRECTS** counsel for plaintiff Burnett to respond to defendant Subaru's motion to dismiss, ECF No. 3, within ten (10) days of this order.

The orders staying deadlines as to Subaru's motion to dismiss entered on September 16, 2024, ECF No. 20, and October 3, 2024, ECF No. 23, are **VACATED**.

It is **SO ORDERED**.

Entered: March 13, 2025

Michael F. Urbanski
Senior United States District Judge