# Exhibit One:

# Subaru Service Bulletin #16-136-22R

**ATTENTION:**
GENERAL MANAGER ❑
PARTS MANAGER ❑
CLAIMS PERSONNEL ❑
SERVICE MANAGER ❑

IMPORTANT - All Service Personnel Should Read and Initial in the boxes provided, right.

© 2022 Subaru of America, Inc. All rights reserved.



QUALITY DRIVEN® SERVICE

## SERVICE BULLETIN

| | | | |
|---|---|---|---|
| **APPLICABILITY:** | 2019-22MY Ascent<br>2020-22MY Legacy & Outback 2.4L Turbo | **NUMBER:** | 16-136-22R |
| | | **DATE:** | 01/20/22 |
| **SUBJECT:** | Vibration & Possible Judder Concern on Turns Under Acceleration | **REVISED:** | 04/26/22 |

### INTRODUCTION:

This service bulletin provides a temporary repair procedure to address vibrations and/or judder concerns experienced on turns during acceleration. If either of these conditions are verified, follow the confirmation process outlined below. If confirmed and until further notice, the multiple plate transfer (MPT) clutch will require replacement. A revised repair procedure will be introduced at a later date.




### PART INFORMATION:



**CAUTION: VEHICLE SERVICING PERFORMED BY UNTRAINED PERSONS COULD RESULT IN SERIOUS INJURY TO THOSE PERSONS OR TO OTHERS.**
Subaru Service Bulletins are intended for use by professional technicians ONLY. They are written to inform those technicians of conditions that may occur in some vehicles, or to provide information that could assist in the proper servicing of the vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do the job correctly and safely. If a condition is described, DO NOT assume that this Service Bulletin applies to your vehicle, or that your vehicle will have that condition.

**Subaru of America, Inc. is ISO 14001 Compliant**
ISO 14001 is the international standard for excellence in Environmental Management Systems. Please recycle or dispose of automotive products in a manner that is friendly to our environment and in accordance with all local, state and federal laws and regulations.

*Continued...*

**IMPORTANT NOTES:**

- Part quantities indicated with a (*) in the information below **MUST** be ordered with the correct thickness. Refer to the Service Manual for details on thickness confirmation.
- Always order the most up-to-date replacement parts based on the specific VIN being repaired.
- When selecting the PLATE SET-TRANSFER CLUTCH, order the size that is closest to the original. The sizes are specified in the Electronic Parts Catalog (EPC).

| LEGACY & OUTBACK | | | ASCENT | | |
|---|---|---|---|---|---|
| Part Description | Part Number | Qty | Part Description | Part Number | Qty |
| PLATE SET-TRANSFER CLUTCH (Top Plate & Friction Disc Set) | 31523AA460<br>31523AA470<br>31523AA480 | 1* | PLATE SET-TRANSFER CLUTCH | 31523AA450<br>31523AA460<br>31523AA470<br>31523AA480 | 1* |
| PLATE-PRESSURE (Bottom Plate) | 31593AA151<br>31593AA161 | 1* | PLATE-PRESSURE | 31593AA151<br>31593AA161 | 1* |
| SHAFT ASSY-REDUCTION DRIVE GEAR | 31441AA301 | 1 | SHAFT ASSY-REDUCTION DRIVE GEAR | 31441AA301 | 1 |
| GEAR-TRANSFER DRIVE | 33113AA510 | 1 | GEAR-TRANSFER DRIVE | 33113AA490 | 1 |
| PISTON-CLUTCH TRANSFER | 33143AA080 | 1 | PISTON-CLUTCH TRANSFER | 33143AA080 | 1 |
| SPRING-CLUTCH PISTON RETURN | 31592AA060 | 1 | SPRING-CLUTCH PISTON RETURN | 31592AA060 | 1 |
| SEAL-TRANSFER PISTON | 33283AA010 | 1 | SEAL-TRANSFER PISTON | 33283AA010 | 1 |
| SNAP RING-OUTER | 805047030 | 1 | SNAP RING-OUTER | 805047030 | 1 |
| SNAP RING-INNER | 805100030 | 1 | SNAP RING-INNER | 805100030 | 1 |
| SNAP RING-OUTER | 805051030 | 1 | SNAP RING-OUTER | 805051030 | 1 |
| SNAP RING | 805195010 | 2 | BALL BEARING | 806235230 | 1 |
| BALL BEARING | 806235230 | 1 | | | |
| RING-SEAL | 31377AA490 | 3 | RING-SEAL | 31377AA490 | 3 |
| THRUST BEARING | 806536020<br>806535030<br>806535040<br>806535050<br>806535060<br>806535070<br>806535090 | 1* | THRUST BEARING | 806536020<br>806535030<br>806535040<br>806535050<br>806535060<br>806535070<br>806535090 | 1* |
| GASKET | 803916010 | 1 | GASKET | 803916010 | 1 |
| GASKET | 803918060 | 1 | GASKET | 803918060 | 1 |
| High Torque CVT-LV (As Needed) | | | High Torque CVT-LV (As Needed) | | |

| Model | Transmission Fluid | Part Number | Quantity/Unit/Pack | Warranty Part # |
|---|---|---|---|---|
| ALL | High Torque CVTF-LV | SOA748V0300 | 5 Gallon Pail | SOA635312 |
| | | SOA748V0310 | 16-Gallon Keg | |

*Continued...*

**SERVICE PROCEDURE / INFORMATION:**

**Procedure Overview Flowchart:**



*Continued...*

**Detailed Diagnosis Procedure:**

**STEP 1:** Using Subaru Select Monitor (SSM), observe the selected data items listed in the table below. Road test and confirm if the symptom can be duplicated under the suggested conditions as listed.

**CAUTION:** It is highly recommended for **TWO** people to perform this procedure; one to observe SSM data while the other drives the vehicle.

| Selected Data Items | Conditions |
| --- | --- |
| CVT oil pan temperature | Bellow 176 Deg F |
| Acceleration opening angle | 10% to 30% |
| Steering angle | FULL Steer |
| Vehicle speed | Under 20mph |

**IMPORTANT NOTE:** Always save the recorded data in Subaru Select Monitor.

**STEP 2:** Can the symptom be duplicated under the conditions described above?

    **YES** – Proceed to **STEP 3**.

    **NO** – Verify the customer's exact complaint and continue diagnosis.

**STEP 3:** Using the SSM, select "Work Support" within the "Transmission" menu. Select "AWD ON/OFF Switching Mode" and switch to front wheel drive mode. Road test again in this mode and attempt to duplicate the described symptom.

**STEP 4:** Can the symptom be duplicated while operating in front wheel drive mode?

    **YES** – Continue diagnosis and repair the cause.

    **NO** – Proceed to **STEP 5**

**STEP 5:** Replace **ALL** of the applicable parts outlined in the Part Information section of this bulletin.

The service procedures for transfer clutch disassembly, assembly, and adjustment remain unchanged. Always refer to the applicable Service Manual and review the full requirements of the repair being performed. The Service Manual procedures contain information critical to performing an effective repair the first time, every time. This includes but is not limited to important SAFETY precautions, proper inspection criteria, necessary special tools, required processes and related one-time-use parts needed for a complete and lasting repair.

Refer to STIS: Transmission/Transaxle > Transfer Clutch > REMOVAL, INSPECTION, DISASSEMBLY, ASSEMBLY, & ADJUSTMENT.

*Continued...*

**IMPORTANT NOTES:**

- The Service Manual uses a **black star (★)** in the component breakdown illustration to indicate **one-time** use parts

- Refer to the applicable Service Manual and review: <u>General Description > Repair Contents > Action required before & after Battery Disconnect</u>. Additionally, record any stored seat position(s) before proceeding. Relearn any seat position memory after work is complete. If the power rear gate (PRG) height has been customized, that position must also be noted and relearned.

- Whenever reconnecting the ground cable terminal to the battery sensor, torque to 7.5Nm (5.5ft.-lbs. or 66inch-lbs.) while supporting the sensor with the other hand as outlined in the applicable Service Manual under: <u>STARTING/CHARGING SYSTSEMS > Battery Sensor</u>.

**WARRANTY / CLAIM INFORMATION:**

For vehicles within the Basic New Car Limited or Powertrain Limited Warranty period or covered by an active Subaru Added Security Powertrain, Classic or Gold plan, this repair may be submitted using the following claim information:

| Labor Description | Labor Operation # | Labor Time | Fail Code |
|---|---|---|---|
| CVT AWD EXTENSION HOUSING/SEALER R&R | B303-431 | 4.6 | MSP-26 |
| CVT TRANSFER CLUTCH ASSEMBLY OVERHAUL | C303-446 | 0.5 | |

**IMPORTANT REMINDERS:**

- SOA strongly discourages the printing and/or local storage of service information as previously released information and electronic publications may be updated at any time.

- Always check for any open recalls or campaigns anytime a vehicle is in for servicing.

- Always refer to STIS for the latest service information before performing any repairs.