CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 31 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARGARET DABNEY BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cv-042 |
| SUBARU OF AMERICA, INC. ) | |
| ) | |
| and ) | By:    Michael F. Urbanski |
| ) | Senior United States District Judge |
| TERRY, INC. d/b/a ) | |
| TERRY VOLKSWAGEN & SUBARU, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on a motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendant Subaru of America. ECF No. 3. For the reasons stated in the accompanying memorandum opinion, the motion to dismiss is **GRANTED**. This case will proceed based on Count Two against Subaru and all counts against Terry, Inc.

It is so **ORDERED**.

Entered: March 31, 2025

/s/ Michael F. Urbanski

Michael F. Urbanski
Senior United States District Judge