# Vehicle Snapshot

VIN:  **N3234540**

## Vehicle Inquiry Report



| Vehicle Information | | Other Attributes | Sales Information |
|---|---|---|---|
| VIN: N3234540 | Trim: Wilderness | Last Updated Miles: 4.00 | Sales Date: 5/5/2022 |
| Carline: Outback | Exterior Color: AG4 | Production Date: 4/14/2022 | Retail Delivery Date: 5/3/2022 |
| Model Year: 2022 | Interior Color: GS2 | Warranty Start Date: 5/3/2022 | Sale Type: A |
| Model Code: NDI | Option Code: 22 | Status: Retail | Sales Order Type: Wholesale |
| Description: (NDI 22 C AG4) 2022 Outback Wilderness | Option Description: Power Moonroof + 11.6 inch Multimedia Navigation System + Reverse Automatic Braking | Manually Created: N | SOA Demo: N |
| VIN Source: NULL | Engine: 2.40 | Created By: CRM Inbound Prod | Dealer Demo: False |
| Full VIN: 4S4BTGUD6N3234540 | Engine #: S876193 | Last Updated Date: 4/3/2024 10:35 AM | Fleet Flag: N |
| Product Name: NDI-22-C-AG4 | Transmission: CVT | Last Updated Source: Pref Ret Service | Company: |
| Disposal Date: | Transmission #: 1585311 | Carrier Code: -403----- | |
| | Body Style: Wagon | Foreign VIN: N | |
| | Ignition Key: 90424 | | |
| | Spec: C | | |
| | Turbo Indicator: Y | | |

| Dealer Information | |
|---|---|
| Allocated: Terry Subaru | Selling: Terry Subaru |
| Dealer #: 040232 | Dealer #: 040232 |
| Region: 050 | Region: 050 |
| Zone: 02 | Zone: 02 |
| District: 03 | District: 03 |

# Vehicle Snapshot

VIN: N3234540

## CAD Case



### Information

| | | |
|---|---|---|
| **Case #:** 221117-1500270 | **Last Name** Burnett | **VIN** N3234540 |
| **Status** | **First Name** Margaret | **Year** |
| **Source** Phone | **Primary Phone** | **Model** |
| **Created Date** 11/17/2022 10:56 AM | **Case Owner** Alicia Jones | **Case Mileage** 7928 |
| **Created By** Fruitisha Grissom | **Closed By** Alicia Jones | **Manufactured** 4/14/2022 |
| **Last Modified Date** 11/23/2022 7:53 PM | **Description** Designed to have the best traction possible at any given time, driving on consistently hard and winding roads as well as varying road conditions will determine when the traction control is engaged | **Retailer #** 040232 |
| **Last Modified By** Alicia Jones | | **Retailer Name** Terry Subaru |
| | | **Region** 050 |
| | | **Zone** 02 |
| | | **District** 03 |
| | She may proceed as she sees fit, everything has been documented on record | |
| | We trust our trained technicians and field engineers | |
| | FSE looked at the veh and determined no repair needed at this time | |

### Address

| | |
|---|---|
| **Primary Address** 2259 Waugh Switch Rd | **Created By** CRM Inbound Prod |
| **City** Big Island | **Created Date** 5/5/2022 11:04 AM |
| **State** VA | **Last Modified By** Cleanse Application PROD |
| **Zip Code** 24526-3293 | **Last Modified Date** 7/22/2022 5:51 AM |

### Case Topic

| | | |
|---|---|---|
| **Type** Traction Control/Anti-lock | **Last Modified Date** 11/23/2022 7:53 PM | **Created Date** 11/23/2022 7:53 PM |
| **Area** Vehicle | **Last Modified By** Alicia Jones | **Created By** Alicia Jones |
| **Sub-Area** Brakes | **TREAD** Automatic Brake Controls | |

# Vehicle Snapshot

| Note | |
|---|---|
| **Date Created** 11/17/2022 11:06 AM | **Created By** Fruitisha Grissom |

**Note** Customer called regarding her vehicle, customer informed me she has been having continuous issues with her traction control feature on her vehicle. Customer informed me when she goes around a curve, the traction control light flashes on her dashboard. The car then slows down and it grinds and jerks. Customer informed me she took it to the retailer and was informed everything looked normal, and it may be a software glitch, but there's nothing they can do about it. Customer stated she needs Subaru assistance, with fixing the issue. I confirmed customer information, I informed her I will send her case to a specialist for review. Informed her once reviewed, a specialist will give her a call back within 48 business hours to assist him. Customer understood, a case number was provided, she Thanked me for my assistance, we ended the call.

| Note | |
|---|---|
| **Date Created** 11/18/2022 1:21 PM | **Created By** Alicia Jones |

**Note** Rtlr Notes
"Tech duplicated traction control operation that can be felt and heard when driving around turns on winding roads. VDC slip light illuminated on combo meter during each event."

No SAS
OG owner
Still under warranty

| Note | |
|---|---|
| **Date Created** 11/22/2022 2:49 PM | **Created By** Jasmine Williams |

# Vehicle Snapshot

Cust called in for a status update on the case.

Informed cust that the case was escalated to CM: Alicia, and it appears she does have an update on the case.

Advised cust that CM spoke with the Rtlr last week and was informed by the FSE that the vehicle is operating as designed and they were unable to determine a concern to provide a resolution.

Cust responded and states their evaluation is not acceptable, going on to explain that she spent $40k on a brand new VEH and it's absolutely horrific!
Advising that while driving the VEH it often jerks and slows itself down and she has children in the VEH and doesn't feel safe.
Cust states it's not a normal function or, there's a design flaw that needs to be addressed.
Cust advises she's on the verge of seeking legal advice if we can't produce a solution stating she's willing to go up the chain of command to resolve this issue.

Note  Cust also advised that someone at the Rtlr told her the concern is related to the Vehicle Dynamic Control System and that new software has been installed in the Outback 23 to correct the issue she's currently experiencing but her VEH doesn't have that software because it was released the year prior.

Rep: Alicia was unavailable so; I informed the customer I would set an alert for a f/u to discuss next options.
Also advised that rep may be able to provide more insight as to the evaluation process with the Rtlr and that my information is somewhat limited so she may want to wait to speak with CM directly for further clarification.

Apologized for the customer's frustration.

Cust thanked for the assistance and will await a c/b from rep.
Call was then ended.

## Note

| Date Created | 11/22/2022 3:35 PM | Created By | Alicia Jones |
| --- | --- | --- | --- |

Note  "If there are ever any concerns with the vehicle and we have to do warranty repairs, we would be happy to look into a complimentary SAS plan."

## Phone Call

## Phone Call

| Subject | Call to Terry Subaru | Created On | 11/18/2022 3:26 PM |
| --- | --- | --- | --- |
| Call Type | Customer | Direction | Outgoing |

# Vehicle Snapshot

Description  Spoke w SA Chase
Not a concern that can be fixed
FSE has been in and confirmed
Technically not a concern
Only does it on case in VA and WV
The EYESIGHT system is being hyper sensitive reading the road conditions
Everything operating as normal, there is no fix
States that it's really cambered and the back to back to turns are what causes it to make the noise
Thanked rtlr for speaking with me

# Vehicle Snapshot

VIN: **N3234540**



## CAD Case

### Information

| | | |
|---|---|---|
| **Case #:** 221128-2000855 | **Last Name** Burnett | **VIN** N3234540 |
| **Status** | **First Name** Margaret | **Year** |
| **Source** Phone | **Primary Phone** | **Model** |
| **Created Date** 11/28/2022 3:20 PM | **Case Owner** Kelly Quinn | **Case Mileage** 8500 |
| **Created By** Dayna Doria | **Closed By** Kelly Quinn | **Manufactured** 4/14/2022 |
| **Last Modified Date** 2/6/2023 11:16 AM | **Description** 221117-1500270 prev case customer upset with her current vehicle; looking to trade vehicle in for 2023 MY | **Retailer #** 040232 |
| **Last Modified By** Kelly Quinn | | **Retailer Name** Terry Subaru |
| | | **Region** 050 |
| | | **Zone** 02 |
| | | **District** 03 |

### Address

| | |
|---|---|
| **Primary Address** 2259 Waugh Switch Rd | **Created By** CRM Inbound Prod |
| **City** Big Island | **Created Date** 5/5/2022 11:04 AM |
| **State** VA | **Last Modified By** Cleanse Application PROD |
| **Zip Code** 24526-3293 | **Last Modified Date** 7/22/2022 5:51 AM |

### Case Topic

| | | |
|---|---|---|
| **Type** Eyesight - Accident Avoidance | **Last Modified Date** 12/6/2022 10:40 AM | **Created Date** 12/6/2022 10:40 AM |
| **Area** Vehicle | **Last Modified By** Christopher Dickinson | **Created By** Christopher Dickinson |
| **Sub-Area** Safety Features | **TREAD** Forward Collision Avoidance System | |

### Note

| | |
|---|---|
| **Date Created** 12/5/2022 10:40 AM | **Created By** Christopher Dickinson |
| **Note** will wait for customer's response | |

### Note

| | |
|---|---|
| **Date Created** 2/6/2023 11:14 AM | **Created By** Kelly Quinn |
| **Note** | |

# Vehicle Snapshot

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 11/26/2022 6:08 AM |
| **First Name** Margaret | **To Email Address** ownersolutions@subaru.com; | **Date Sent** |
| **Status** Received | **From Email** info@newjersey.bbb.org | **Subject** You have a new message from the BBB of New Jersey complaint #18463834. |

**Email Body**

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe. Better Business Bureau® BBB PROVIDES A SERVICE THAT MARKETSTRUST IN YOUR BUSINESS &

BRAND You have a new message waiting for you from the BBB of New Jersey in regards to consumer complaint #18463834. Please click on the link below to access the online dispute resolution web site and read this message.

Click Here to see the complaint

If your email program does not support HTML copy and paste the link below into your browser

https://odr.bluebbb.org/ODRWeb/Home/SecureLogin.aspx?SecureLinkGuid=bc84ca24-a6b1-4a36-b6e1-7ce60acf8758

This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or concerns, please do not hesitate to contact us at 609 588-0808.

BBB of New Jersey (Trenton, NJ) 1262 Whitehorse Hamilton Square Road, Building A, Suite 202 Hamilton, NJ 08690 Phone: (609) 588-0808 Fax: (609) 588-0546 Email: info@newjersey.bbb.org Web: www.bbb.org

Please be sure to monitor your spam/junk/promotional folders for any future communications from BBB. BBB PROVIDES A SERVICE THAT MARKETS TRUST IN YOUR BUSINESS &

BRAND Don't wish to be contacted by BBB? Click here to unsubscribe. This message and all attachments sent by BBB is a private communication, and it may contain confidential and/or privileged information. Any disclosure, copying distribution or use of the information contained in or attached to this message is strictly prohibited. If you have received this message by mistake, please notify the sender by reply email and then delete the message from your system without printing, copying or forwarding it. Thank you.

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 12/3/2022 11:56 AM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 12/3/2022 11:56 AM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** Subaru.com Email Inquiry [Case# 221203-1600208] |

**Email Body**
Dear Margaret Burnett,
Thank you for contacting Subaru of America's Customer Advocacy Department.
The following case has been created for your request [Case# 221203-1600208].
One of our customer advocates will contact you at the email provided.
We look forward to assisting you.
Your initial inquiry details included:
Topic: Vehicle
Sub Topic: Service/Parts
MySubaru Email Address: Dabney137@yahoo.com

# Vehicle Snapshot

Year: 2022
Model: Outback
VIN: 4S4BTGUD6N3234540
Retailer Name: Terry Subaru
Phone Model: iphone
Phone Carrier: verizon
Are you a Subaru Owner? Yes
Subject:
Comments: Investigate Yaw sensor and traction control on 2022 outback wilderness
I own a 2022 Outback Wilderness that consistently drags and jerks through curves on paved roads. I was told by the dealership that it is an oversensitive Yaw sensor. The traction control is triggered while driving through certain banked curves even at slow rates of speed. The car slows itself down in parts of the curve where a normal driver would either be floating through the curve or accelerating out of the curve. It is a safety concern when there is a car behind me and my car is involuntarily slowing itself down. No brake lights are illuminating to notify the driver behind me. A field safety expert came to evaluate the car and said it is a normal function of the vehicle. The dealership told me it has been reported as a concern only in virginia and west virginia due to the geography of the land and roads. They also said the software has been updated in the 2023 outback to correct the problem. However, they said there is currently no update for the 2022 and therefore no solution. The person I spoke to at Subaru of America denied that it is a reported issue or that it has been corrected in the 2023. (I have names of consumers and dealerships that are familiar with the issue.) Subaru of America basically told me the opposite of what the service technicians told me. She also said because it had been deemed normal by the safety expert no further action would be taken. She refused to escalate my concerns. Neither Subaru of America or the dealership was able to tell me if my brake lights come on when the car is slowing itself down. I had to have my family member stand on the side of the road to find out. The fact that the brake lights are not warning the driver behind me that I am slowing down is a huge safety risk. Again Subaru of America refused to escalate my concerns or investigate the situation further. Not only is it a safety concern but it is also wildly unfair to the consumers in va and west va.
Subaru of America, Inc., One Subaru Drive, Camden, NJ 08103-2204

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 12/5/2022 10:37 AM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 12/5/2022 10:37 AM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** [Case # 221128-2000855] |
| **Email Body** | | |

Good morning Margaret,
My name is Chris from Subaru of America.
I am reaching out to you today to inform you that I have spoken with Jason at the retailer, and he provided me the information regarding a diagnosis on your vehicle.
At this time, the vehicle is being determined to be working to design.
I understand that you are looking for assistance towards another Subaru but due to the nature of the concern, you will have the same outcome due to how the technology works with the eyesight camera.
Please let me know if you have any questions, thank you.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)

# Vehicle Snapshot

Case #: 221128-2000855

| Email | | |
|---|---|---|
| Last Name Burnett | Owner Kelly Quinn | Date Created 12/5/2022 8:23 PM |
| First Name Margaret | To Email Address customers@subaru.com; | Date Sent |
| Status Received | From Email dabney137@yahoo.com | Subject Re: [Case # 221128-2000855] |
| Email Body | | |

CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Chris

Thank you for seeking clarification from Jason. However, whether it is considered a normal function or not it is a clear cut safety hazard. The car will abruptly slow down without driver input. The brake lights DO NOT activate and therefore are not alerting the driver behind me that my car is slowing down. This is a glaring safety risk and obvious oversight. Subaru is choosing to ignore these risks and denying the existence of the defect. Jason is unaware that the brake lights don't activate and Subaru of America is also unaware. Again, please tell me how is it safe for a car to slow itself without activating its brake lights? I have a video of the dragging but it is to long for me to attach. I look forward to your response.

M. Dabney Burnett

Sent from my iPhone

> On Dec 5, 2022, at 10:38 AM, Customer Advocacy <Customers@subaru.com> wrote:

>

# Vehicle Snapshot

| Email | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 12/7/2022 3:46 PM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 12/7/2022 3:46 PM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** Re: [Case # 221128-2000855] |

**Email Body** Good afternoon Margaret,
The eyesight system is designed to seek out anything that would obstruct the vehicle.
There are situations where the system will see a structure, think it is in the way of the vehicle, resulting in the eyesight being activated.
If this is only happening on a certain road/turn, we would recommend disabling the eyesight feature due to knowing that there will be obstacles in the way of the camera at that time.
This is not a defect in the system, due to how the vehicle is turning there are structures that the camera is picking up, resulting in the vehicle slowing down.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Mon Dec 05 2022 20:23:47 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
Chris
Thank you for seeking clarification from Jason. However, whether it is considered a normal function or not it is a clear cut safety hazard. The car will abruptly slow down without driver input. The brake lights DO NOT activate and therefore are not alerting the driver behind me that my car is slowing down. This is a glaring safety risk and obvious oversight. Subaru is choosing to ignore these risks and denying the existence of the defect. Jason is unaware that the brake lights don't activate and Subaru of America is also unaware. Again, please tell me how is it safe for a car to slow itself without activating its brake lights? I have a video of the dragging but it is to long for me to attach. I look forward to your response.
M. Dabney Burnett
Sent from my iPhone
> On Dec 5, 2022, at 10:38 AM, Customer Advocacy <Customers@subaru.com> wrote:
>

# Vehicle Snapshot

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kelly Quinn | Date Created 12/7/2022 4:13 PM |
| First Name Margaret | To Email Address customers@subaru.com; | Date Sent |
| Status Received | From Email dabney137@yahoo.com | Subject Re: [Case # 221128-2000855] |
| Email Body | | |

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.But Chris the brake lights do not activate when the car is sept slowing. I had my son stand out on the road to confirm. How is this safe? I think it needs to be reported before someone gets hurt. I can report to the department of highway safety and transportation but I think this is Subarus responsibility to investigate.

Thanks
Dabney
Sent from my iPhone
On Dec 7, 2022, at 3:46 PM, Customer Advocacy <Customers@subaru.com> wrote:
 Good afternoon Margaret,
The eyesight system is designed to seek out anything that would obstruct the vehicle.
There are situations where the system will see a structure, think it is in the way of the vehicle, resulting in the eyesight being activated.
If this is only happening on a certain road/turn, we would recommend disabling the eyesight feature due to knowing that there will be obstacles in the way of the camera at that time.
This is not a defect in the system, due to how the vehicle is turning there are structures that the camera is picking up, resulting in the vehicle slowing down.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Mon Dec 05 2022 20:23:47 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
Chris
Thank you for seeking clarification from Jason. However, whether it is considered a normal function or not it is a clear cut safety hazard. The car will abruptly slow down without driver input. The brake lights DO NOT activate and therefore are not alerting the driver behind me that my car is slowing down. This is a glaring safety risk and obvious oversight. Subaru is choosing to ignore these risks and denying the

# Vehicle Snapshot

existence of the defect. Jason is unaware that the brake lights don't activate and Subaru of America is also unaware. Again, please tell me how is it safe for a car to slow itself without activating its brake lights? I have a video of the dragging but it is to long for me to attach. I look forward to your response.

M. Dabney Burnett

Sent from my iPhone

> On Dec 5, 2022, at 10:38 AM, Customer Advocacy <Customers@subaru.com> wrote:
>
>

## Email

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Name | Burnett | Owner | Kelly Quinn | Date Created | 12/7/2022 4:24 PM |
| First Name | Margaret | To Email Address | dabney137@yahoo.com; | Date Sent | |
| Status | Received | From Email | dabney137@yahoo.com | Subject | Re: [Case # 221128-2000855] |
| Email Body | | | | | |

CAUTION:

This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!

Thanks

Dabney

Sent from my iPhone

> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>
>

# Vehicle Snapshot

## Email

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Burnett | Owner | Kelly Quinn | Date Created | 12/8/2022 11:23 AM |
| First Name | Margaret | To Email Address | ownersolutions@subaru.com; | Date Sent | |
| Status | Received | From Email | info@newjersey.bbb.org | Subject | You have a new message from the BBB of New Jersey complaint #18463834. |

**Email Body**

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe. Better Business Bureau® BBB PROVIDES A SERVICE THAT MARKETSTRUST IN YOUR BUSINESS &

BRAND You have a new message waiting for you from the BBB of New Jersey in regards to consumer complaint #18463834. Please click on the link below to access the online dispute resolution web site and read this message.

Click Here to see the complaint

If your email program does not support HTML copy and paste the link below into your browser

https://odr.bluebbb.org/odrweb/Home/SecureLogin.aspx?SecureLinkGuid=01f47a73-7491-40fd-9076-1e5edcc128b8

This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or concerns, please do not hesitate to contact us at 609 588-0808.

BBB of New Jersey (Trenton, NJ) 1262 Whitehorse Hamilton Square Road, Building A, Suite 202 Hamilton, NJ 08690 Phone: (609) 588-0808 Fax: (609) 588-0546 Email: info@newjersey.bbb.org Web: www.bbb.org

Please be sure to monitor your spam/junk/promotional folders for any future communications from BBB. BBB PROVIDES A SERVICE THAT MARKETS TRUST IN YOUR BUSINESS &

BRAND Don't wish to be contacted by BBB? Click here to unsubscribe. This message and all attachments sent by BBB is a private communication, and it may contain confidential and/or privileged information. Any disclosure, copying distribution or use of the information contained in or attached to this message is strictly prohibited. If you have received this message by mistake, please notify the sender by reply email and then delete the message from your system without printing, copying or forwarding it. Thank you.

## Email

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Burnett | Owner | Kelly Quinn | Date Created | 12/8/2022 2:07 PM |
| First Name | Margaret | To Email Address | dabney137@yahoo.com; | Date Sent | 12/8/2022 2:14 PM |
| Status | Sent | From Email | customers@subaru.com | Subject | Re: [Case # 221128-2000855] |

**Email Body** Good afternoon Dabney,

There are two cycles that the system goes through.

The initial brake of the vehicle will only brake the vehicle for a split second to alert the driver of something that is in the distance.

# Vehicle Snapshot

If you were to get within 15 ft of the vehicle and the eyesight system triggers the braking system, the brake lights will come on.
The initial warning is only braking the vehicle for that split second to make the driver aware that manual intervention might be needed.
Then if manual intervention does not take place and the vehicle continues to get closer to the object/vehicle in front, then the braking system will active, and the brakes lights will illuminate.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Wed Dec 07 2022 16:23:52 GMT-0500 (Eastern Standard Time)
To: Margaret Burnett <dabney137@yahoo.com>;
Cc: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!
Thanks
Dabney
Sent from my iPhone
> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>

## Email

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Burnett | Owner | Kelly Quinn | Date Created | 12/8/2022 3:57 PM |
| First Name | Margaret | To Email Address | customers@subaru.com; | Date Sent | |
| Status | Received | From Email | dabney137@yahoo.com | Subject | Re: [Case # 221128-2000855] |
| Email Body | | | | | |

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Thank you for that explanation Chris. It actually makes me feel a bit better about my family's safety. Although with the frequency in which this occurs it is still highly irritating. Can you explain how the Yaw Sensor plays in to this as well? The dealership told me it is a sensitivity issue in the Yaw sensor that has been corrected in the 2023. Can you confirm this information?They did not attribute it

# Vehicle Snapshot

to the eyesight at all… It happens multiple times a day only on banked curves. It makes a grinding clutch noise when it happens.
I guess I'm confused if it's the eyesight or the Yaw sensor. Or both? I also turned off traction control and the eyesight yesterday and it still did it!! Obviously frustrated and desperate for a solution…
Thanks
Dabney
Sent from my iPhone
On Dec 8, 2022, at 2:14 PM, Customer Advocacy <Customers@subaru.com> wrote:
 Good afternoon Dabney,
There are two cycles that the system goes through.
The initial brake of the vehicle will only brake the vehicle for a split second to alert the driver of something that is in the distance.
If you were to get within 15 ft of the vehicle and the eyesight system triggers the braking system, the brake lights will come on.
The initial warning is only braking the vehicle for that split second to make the driver aware that manual intervention might be needed.
Then if manual intervention does not take place and the vehicle continues to get closer to the object/vehicle in front, then the braking system will active, and the brakes lights will illuminate.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Wed Dec 07 2022 16:23:52 GMT-0500 (Eastern Standard Time)
To: Margaret Burnett <dabney137@yahoo.com>;
Cc: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!
Thanks
Dabney
Sent from my iPhone
> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>

Email

# Vehicle Snapshot

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 12/9/2022 1:36 PM |
| **First Name** Margaret | **To Email Address** ownersolutions@subaru.com; | **Date Sent** |
| **Status** Received | **From Email** info@newjersey.bbb.org | **Subject** You have a new message from the BBB of New Jersey complaint #18463834. |

**Email Body**

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe. Better Business Bureau® BBB PROVIDES A SERVICE THAT MARKETSTRUST IN YOUR BUSINESS &

BRAND You have a new message waiting for you from the BBB of New Jersey in regards to consumer complaint #18463834. Please click on the link below to access the online dispute resolution web site and read this message.

Click Here to see the complaint

If your email program does not support HTML copy and paste the link below into your browser

https://odr.bluebbb.org/odrweb/Home/SecureLogin.aspx?SecureLinkGuid=fbc9d1df-99b4-4953-94df-49a7d3fb49f3

This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or concerns, please do not hesitate to contact us at 609 588-0808.

BBB of New Jersey (Trenton, NJ) 1262 Whitehorse Hamilton Square Road, Building A, Suite 202 Hamilton, NJ 08690 Phone: (609) 588-0808 Fax: (609) 588-0546 Email: info@newjersey.bbb.org Web: www.bbb.org

Please be sure to monitor your spam/junk/promotional folders for any future communications from BBB. BBB PROVIDES A SERVICE THAT MARKETS TRUST IN YOUR BUSINESS &

BRAND Don't wish to be contacted by BBB? Click here to unsubscribe. This message and all attachments sent by BBB is a private communication, and it may contain confidential and/or privileged information. Any disclosure, copying distribution or use of the information contained in or attached to this message is strictly prohibited. If you have received this message by mistake, please notify the sender and then delete the message from your system without printing, copying or forwarding it. Thank you.

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kelly Quinn | **Date Created** 12/12/2022 3:55 PM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 12/12/2022 3:56 PM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** Re: [Case # 221128-2000855] |

**Email Body** Good afternoon Dabney,

The Yaw sensor is just determining the vehicle's "center of gravity".

That is more in affiliation with the traction control then the eyesight system itself.

I have not heard of any "correction" to the Yaw sensor, but I know we are always looking to improve the software in our vehicles year to year.

The grinding clutch noise is the pre-collision braking system activating.

Although it is not causing any damage to the vehicle, the sound is not a pleasant one, in my opinion.

I did review the relationship between the pre-collision braking and the eyesight and they are in direct correlation with one another.

If the eyesight system is turned off/disable, it would not be possible for the vehicle to engage the pre-collision braking system.

Sincerely,

Chris Dickinson

# Vehicle Snapshot

Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Thu Dec 08 2022 15:57:23 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Thank you for that explanation Chris. It actually makes me feel a bit better about my family's safety. Although with the frequency in which this occurs it is still highly irritating. Can you explain how the Yaw Sensor plays in to this as well? The dealership told me it is a sensitivity issue in the Yaw sensor that has been corrected in the 2023. Can you confirm this information?They did not attribute it to the eyesight at all… It happens multiple times a day only on banked curves. It makes a grinding clutch noise when it happens.
I guess I'm confused if it's the eyesight or the Yaw sensor. Or both? I also turned off traction control and the eyesight yesterday and it still did it!! Obviously frustrated and desperate for a solution…
Thanks
Dabney

Sent from my iPhone

On Dec 8, 2022, at 2:14 PM, Customer Advocacy <Customers@subaru.com> wrote:


 Good afternoon Dabney,
There are two cycles that the system goes through.
The initial brake of the vehicle will only brake the vehicle for a split second to alert the driver of something that is in the distance.
If you were to get within 15 ft of the vehicle and the eyesight system triggers the braking system, the brake lights will come on.
The initial warning is only braking the vehicle for that split second to make the driver aware that manual intervention might be needed.
Then if manual intervention does not take place and the vehicle continues to get closer to the object/vehicle in front, then the braking system will active, and the brakes lights will illuminate.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;

# Vehicle Snapshot

Received: Wed Dec 07 2022 16:23:52 GMT-0500 (Eastern Standard Time)
To: Margaret Burnett <dabney137@yahoo.com>;
Cc: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!
Thanks
Dabney
Sent from my iPhone
> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>

## Email

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Burnett | Owner | Kelly Quinn | Date Created | 12/22/2022 12:29 AM |
| First Name | Margaret | To Email Address | customers@subaru.com; | Date Sent | |
| Status | Received | From Email | dabney137@yahoo.com | Subject | Re: [Case # 221128-2000855] |
| Email Body | | | | | |

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Hi Chris
After so much back and forth regarding my traction control issue I have decided to reach out to a lawyer regarding my unresolved concerns. My cars traction control is triggered up to 5 times on a round trip to the grocery store. The grinding clutch noise and the jarring sensation is like you said unpleasant. I did not pay top dollar for a brand new car that can't provide me with a smooth and comfortable drive in to town. Literally no other car in my family or friend group behaves the way the wilderness does and it is just not acceptable. I'm really disappointed that Subaru is choosing to ignore and down play valuable customer input. I don't know if it is considered a lemon or if it is class action worthy but I refuse to accept that this is a normal feature of the car…Subaru simply needs to recognize the flaw and correct it..I've tried turning eye sight and traction control off and it did help some but still triggered on a few of the curves. It seems counterintuitive to turn off safety features just to achieve a normal drive. My dealership told me they are aware of the traction control issue. They were the ones that told me that it is being reported in va and west va. So they were already aware of the issue! I have been on Facebook and made contact with other drivers who have similar experiences. Weirdly, all those drivers are also in va and west va. One driver who lives in western nc also reported it. So basically it's a growing concern in the Appalachian mountains. I do appreciate you for looking in to my concern, but unfortunately you can't solve my problem. I do hope that you can at least escalate my concerns to the higher ups. It's not usually in my nature to be difficult but I truly feel like I need to stick up for myself and all the potential buyers who live in areas similar to mine…I have so many videos that I wish I could share with you but they are too long and won't upload…anyway, I will keep you posted
☐

# Vehicle Snapshot

Thanks
Dabney

Sent from my iPhone
On Dec 12, 2022, at 3:56 PM, Customer Advocacy <Customers@subaru.com> wrote:
 Good afternoon Dabney,
The Yaw sensor is just determining the vehicle's "center of gravity".
That is more in affiliation with the traction control then the eyesight system itself.
I have not heard of any "correction" to the Yaw sensor, but I know we are always looking to improve the software in our vehicles year to
year.
The grinding clutch noise is the pre-collision braking system activating.
Although it is not causing any damage to the vehicle, the sound is not a pleasant one, in my opinion.
I did review the relationship between the pre-collision braking and the eyesight and they are in direct correlation with one another.
If the eyesight system is turned off/disable, it would not be possible for the vehicle to engage the pre-collision braking system.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Thu Dec 08 2022 15:57:23 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and
know the content is safe.Thank you for that explanation Chris. It actually makes me feel a bit better about my family's safety. Although with
the frequency in which this occurs it is still highly irritating. Can you explain how the Yaw Sensor plays in to this as well? The dealership told
me it is a sensitivity issue in the Yaw sensor that has been corrected in the 2023. Can you confirm this information?They did not attribute it
to the eyesight at all... It happens multiple times a day only on banked curves. It makes a grinding clutch noise when it happens.
I guess I'm confused if it's the eyesight or the Yaw sensor. Or both? I also turned off traction control and the eyesight yesterday and it still
did it!! Obviously frustrated and desperate for a solution...
Thanks
Dabney

Sent from my iPhone
On Dec 8, 2022, at 2:14 PM, Customer Advocacy <Customers@subaru.com> wrote:

 Good afternoon Dabney,
There are two cycles that the system goes through.

# Vehicle Snapshot

The initial brake of the vehicle will only brake the vehicle for a split second to alert the driver of something that is in the distance.
If you were to get within 15 ft of the vehicle and the eyesight system triggers the braking system, the brake lights will come on.
The initial warning is only braking the vehicle for that split second to make the driver aware that manual intervention might be needed.
Then if manual intervention does not take place and the vehicle continues to get closer to the object/vehicle in front, then the braking system will active, and the brakes lights will illuminate.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------- Original Message -------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Wed Dec 07 2022 16:23:52 GMT-0500 (Eastern Standard Time)
To: Margaret Burnett <dabney137@yahoo.com>;
Cc: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!
Thanks
Dabney
Sent from my iPhone
> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kelly Quinn | Date Created 12/22/2022 7:38 PM |
| First Name Margaret | To Email Address ownersolutions@subaru.com; | Date Sent |
| Status Received | From Email info@newjersey.bbb.org | Subject You have a new message from the BBB of New Jersey complaint #18463834. |
| Email Body | | |

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and

# Vehicle Snapshot

know the content is safe. Better Business Bureau® BBB PROVIDES A SERVICE THAT MARKETSTRUST IN YOUR BUSINESS
&
BRAND You have a new message waiting for you from the BBB of New Jersey in regards to consumer complaint #18463834. Please click on the link below to access the online dispute resolution web site and read this message.
Click Here to see the complaint
If your email program does not support HTML copy and paste the link below into your browser
https://odr.bluebbb.org/ODRWeb/Home/SecureLogin.aspx?SecureLinkGuid=d2f18962-b95b-48fb-87ef-cec1626251ca
This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or concerns, please do not hesitate to contact us at 609 588-0808.
BBB of New Jersey (Trenton, NJ) 1262 Whitehorse Hamilton Square Road, Building A, Suite 202 Hamilton, NJ 08690 Phone: (609) 588-0808 Fax: (609) 588-0546 Email: info@newjersey.bbb.org Web: www.bbb.org
Please be sure to monitor your spam/junk/promotional folders for any future communications from BBB. BBB PROVIDES A SERVICE THAT MARKETS TRUST IN YOUR BUSINESS
&
BRAND Don't wish to be contacted by BBB? Click here to unsubscribe. This message and all attachments sent by BBB is a private communication, and it may contain confidential and/or privileged information. Any disclosure, copying distribution or use of the information contained in or attached to this message is strictly prohibited. If you have received this message by mistake, please notify the sender by reply email and then delete the message from your system without printing, copying or forwarding it. Thank you.

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kelly Quinn | Date Created 12/27/2022 12:57 PM |
| First Name Margaret | To Email Address dabney137@yahoo.com; | Date Sent 12/27/2022 1:01 PM |
| Status Sent | From Email customers@subaru.com | Subject Re: [Case # 221128-2000855] |

Email Body  Good afternoon Dabney,
I understand the frustration and apologize I cannot do more to assist.
If you do decide to have an attorney represent you, please provide me the letter of representation directly to this email.
I can work with the attorney moving forward.
If you would like to make another appointment at your local retailer, I will also assist once the vehicle is back at the retailer to make sure everything is properly documented regardless of the diagnosis outcome.
Please keep me posted moving forward, I will await your response.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Thu Dec 22 2022 00:29:33 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]

# Vehicle Snapshot

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Hi Chris

After so much back and forth regarding my traction control issue I have decided to reach out to a lawyer regarding my unresolved concerns. My cars traction control is triggered up to 5 times on a round trip to the grocery store. The grinding clutch noise and the jarring sensation is like you said unpleasant. I did not pay top dollar for a brand new car that can't provide me with a smooth and comfortable drive in to town. Literally no other car in my family or friend group behaves the way the wilderness does and it is just not acceptable. I'm really disappointed that Subaru is choosing to ignore and down play valuable customer input. I don't know if it is considered a lemon or if it is class action worthy but I refuse to accept that this is a normal feature of the car…I've tried turning eye sight and traction control off and it did help some but still triggered on a few of the curves. It seems counterintuitive to turn off safety features just to achieve a normal drive. My dealership told me they are aware of the traction control issue. They were the ones that told me that it is being reported in va and west va. So they were already aware of the issue! I have been on Facebook and made contact with other drivers who have similar experiences. Weirdly, all those drivers are also in va and west va. One driver who lives in western nc also reported it. So basically it's a growing concern in the Appalachian mountains. I do appreciate you for looking in to my concern, but unfortunately you can't solve my problem. I do hope that you can at least escalate my concerns to the higher ups. It's not usually in my nature to be difficult but I truly feel like I need to stick up for myself and all the potential buyers who live in areas similar to mine…I have so many videos that I wish I could share with you but they are too long and won't upload…anyway, I will keep you posted

☐

Thanks
Dabney


Sent from my iPhone

On Dec 12, 2022, at 3:56 PM, Customer Advocacy <Customers@subaru.com> wrote:


 Good afternoon Dabney,
The Yaw sensor is just determining the vehicle's "center of gravity".
That is more in affiliation with the traction control then the eyesight system itself.
I have not heard of any "correction" to the Yaw sensor, but I know we are always looking to improve the software in our vehicles year to year.
The grinding clutch noise is the pre-collision braking system activating.
Although it is not causing any damage to the vehicle, the sound is not a pleasant one, in my opinion.
I did review the relationship between the pre-collision braking and the eyesight and they are in direct correlation with one another.
If the eyesight system is turned off/disable, it would not be possible for the vehicle to engage the pre-collision braking system.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855

# Vehicle Snapshot

------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Thu Dec 08 2022 15:57:23 GMT-0500 (Eastern Standard Time)
To: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]


CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Thank you for that explanation Chris. It actually makes me feel a bit better about my family's safety. Although with the frequency in which this occurs it is still highly irritating. Can you explain how the Yaw Sensor plays in to this as well? The dealership told me it is a sensitivity issue in the Yaw sensor that has been corrected in the 2023. Can you confirm this information?They did not attribute it to the eyesight at all… It happens multiple times a day only on banked curves. It makes a grinding clutch noise when it happens.
I guess I'm confused if it's the eyesight or the Yaw sensor. Or both? I also turned off traction control and the eyesight yesterday and it still did it!! Obviously frustrated and desperate for a solution…
Thanks
Dabney

Sent from my iPhone

On Dec 8, 2022, at 2:14 PM, Customer Advocacy <Customers@subaru.com> wrote:


 Good afternoon Dabney,
There are two cycles that the system goes through.
The initial brake of the vehicle will only brake the vehicle for a split second to alert the driver of something that is in the distance.
If you were to get within 15 ft of the vehicle and the eyesight system triggers the braking system, the brake lights will come on.
The initial warning is only braking the vehicle for that split second to make the driver aware that manual intervention might be needed.
Then if manual intervention does not take place and the vehicle continues to get closer to the object/vehicle in front, then the braking system will active, and the brakes lights will illuminate.
Sincerely,
Chris Dickinson
Subaru of America, Inc.
Customer Advocacy Department
1-800-SUBARU3 (1-800-782-2783)
Case #: 221128-2000855


------------------ Original Message ------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Wed Dec 07 2022 16:23:52 GMT-0500 (Eastern Standard Time)
To: Margaret Burnett <dabney137@yahoo.com>;

# Vehicle Snapshot

Cc: customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 221128-2000855]
CAUTION:
This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
The dealership never said anything about the eyesight. They blamed it on the Yaw sensor. Either way, the fact that the car doesn't display brake lights should be a huge concern. I will turn off eyesight and see if that solves the problem with the traction control. please provide me with a response concerning the brake lights.

I don't understand how this is not concerning everyone!!
Thanks
Dabney
Sent from my iPhone
> On Dec 7, 2022, at 4:13 PM, dabney burnett <Dabney137@yahoo.com> wrote:
>

## Phone Call

## Phone Call

| | | | |
|---|---|---|---|
| Subject | retailer call | Created On | 11/30/2022 12:56 PM |
| Call Type | Retailer | Direction | Outgoing |
| Description | called and spoke w/ the receptionist: | | |

informed me that Jason (SA) working with the customer is currently on lunch
took down my DL and informed me that Jason will be contacting me back once avail
thanked

# Vehicle Snapshot

VIN:   N3234540



## CAD Case

### Information

| | | |
|---|---|---|
| **Case #:** 221203-1600208 | **Last Name** Burnett | **VIN** N3234540 |
| **Status** | **First Name** Margaret | **Year** |
| **Source** Web | **Primary Phone** | **Model** |
| **Created Date** 12/3/2022 11:55 AM | **Case Owner** Richard Bendu | **Case Mileage** |
| **Created By** Dynamics Dynamics Application | **Closed By** Richard Bendu | **Manufactured** 4/14/2022 |
| **Last Modified Date** 12/5/2022 8:43 AM | | **Retailer #** |
| **Last Modified By** Richard Bendu | **Description** I own a 2022 Outback Wilderness that consistently drags and jerks through curves on paved roads. I was told by the dealership that it is an oversensitive Yaw sensor. The traction control is triggered while driving through certain banked curves even at slow rates of speed. The car slows itself down in parts of the curve where a normal driver would either be floating through the curve or accelerating out of the curve. It is a safety concern when there is a car behind me and my car is involuntarily slowing itself down. No brake lights are illuminating to notify the driver behind me. A field safety expert came to evaluate the car and said it is a normal function of the vehicle. The dealership told me it has been reported as a concern only in virginia and west virginia due to | **Retailer Name** |
| | | **Region** |
| | | **Zone** |
| | | **District** |

# Vehicle Snapshot

the geography of the land and roads. They also said the software has been updated in the 2023 outback to correct the problem. However, they said there is currently no update for the 2022 and therefore no solution. The person I spoke to at Subaru of America denied that it is a reported issue or that it has been corrected in the 2023. (I have names of consumers and dealerships that are familiar with the issue.) Subaru of America basically told me the opposite of what the service technicians told me. She also said because it had been deemed normal by the safety expert no further action would be taken. She refused to escalate my concerns. Neither Subaru of America or the dealership was able to tell me if my brake lights come on when the car is slowing itself down. I had to have my family member stand on the side of the road to find out. The fact that the brake lights are not warning the driver behind me that I am slowing down is a huge safety risk. Again Subaru of America refused to escalate my concerns or investigate the situation further. Not only is it a safety concern but it is

# Vehicle Snapshot

also wildly unfair to the
consumers in va and
west va.

## Address

| | | | |
|---|---|---|---|
| Primary Address | 2259 Waugh Switch Rd | Created By | CRM Inbound Prod |
| City | Big Island | Created Date | 5/5/2022 11:04 AM |
| State | VA | Last Modified By | Cleanse Application PROD |
| Zip Code | 24526-3293 | Last Modified Date | 7/22/2022 5:51 AM |

# Vehicle Snapshot

VIN: **N3234540**

## CAD Case



### Information

| | | |
|---|---|---|
| Case #: 230525-2001249 | Last Name Burnett | VIN N3234540 |
| Status | First Name Margaret | Year |
| Source Phone | Primary Phone | Model |
| Created Date 5/25/2023 4:55 PM | Case Owner Kristopher Drechsel | Case Mileage |
| Created By Toni Lewis | Closed By Kristopher Drechsel | Manufactured 4/14/2022 |
| Last Modified Date 6/23/2023 5:00 PM | Description 10/25/22 | Retailer # 040232 |
| Last Modified By Kristopher Drechsel | | Retailer Name Terry Subaru |
| | | Region 050 |
| | | Zone 02 |
| | | District 03 |

### Address

| | |
|---|---|
| Primary Address 2259 Waugh Switch Rd | Created By CRM Inbound Prod |
| City Big Island | Created Date 5/5/2022 11:04 AM |
| State VA | Last Modified By Cleanse Application PROD |
| Zip Code 24526-3293 | Last Modified Date 7/22/2022 5:51 AM |

### Case Topic

| | | |
|---|---|---|
| Type Traction Control/Anti-lock | Last Modified Date 6/23/2023 5:00 PM | Created Date 5/26/2023 3:06 PM |
| Area Vehicle | Last Modified By Kristopher Drechsel | Created By Kristopher Drechsel |
| Sub-Area Brakes | TREAD Automatic Brake Controls | |

### Note

| | |
|---|---|
| Date Created 5/25/2023 5:10 PM | Created By Toni Lewis |

# Vehicle Snapshot

Note

What customer information did you verify?
I verified all the customer contact information.
What recalls did you advise the customers of?
There were no recalls on the vehicle.
What is the reason for the call? What is the specific concern with the vehicle? What is the diagnosis? Estimate for Repair?
The customer explained that she purchased a vehicle in last May, and she has been having issues with the traction control and she is experiencing jerking movement. The customer explained that she is waiting for a software update to fix the traction control. The customer explained that there's a flaw in the design. The customer explained that she is experiencing slow speeds.
Where is the vehicle now?
The car is with the customer
What expectation did you set for the customer?
I created a case and explained that a specialist will contact her next week Wednesday due to the Holiday on Monday. I provided the customer with her case number.

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kristopher Drechsel | Date Created 5/25/2023 4:58 PM |
| First Name Margaret | To Email Address dabney137@yahoo.com; | Date Sent 5/25/2023 4:59 PM |
| Status Sent | From Email customers@subaru.com | Subject [Case # 230525-2001249] |

Email Body

Dear
Margaret Burnett :

Thank you for contacting Subaru of America, Inc. I appreciate the opportunity to be of assistance.

The case number is shown below and will serve as confirmation for the conversation we had.

Should you have any questions, or if I can be of assistance in the future, please feel free to contact us at 1-800-SUBARU3 (1-800-782-2783).

Sincerely,ToniSubaru of America, Inc.Customer Advocacy Department1-800-SUBARU3 (1-800-782-2783)Case Number: 230525-2001249

## Email

# Vehicle Snapshot

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kristopher Drechsel | **Date Created** 5/26/2023 3:06 PM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 5/26/2023 3:08 PM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** [Case # 230525-2001249] |

**Email Body**

Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel


Subaru of America
Customer Advocacy Department
(856) 438-2826

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kristopher Drechsel | **Date Created** 5/27/2023 1:53 PM |
| **First Name** Margaret | **To Email Address** customers@subaru.com;customers@subaru.com; | **Date Sent** |
| **Status** Received | **From Email** dabney137@yahoo.com | **Subject** Re: [Case # 230525-2001249] |

**Email Body**

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.I took my vehicle to Terry Subaru in Lynchburg va. I have filed a previous claim over the same issue. Terry told me at the time of my original complaint that the traction control issue was something that they were already aware of. They said they were waiting for a software upgrade to correct the issue. They claimed it is an "overly sensitive YAW sensor". They were aware of another owner who brought their vehicle in with the same concern.
They also stated that the issue has been corrected in the 2023 model. However, after all this was said, they had a regional safety expert come and assess the car. He deemed it a "normal function of the vehicle" and the issue was immediately swept under the rug. I am a small population of customers that lives in a geographic location that creates the perfect storm for what I experience on my daily drive. The curves that trigger are not sharp and are traveled slowly. It's really frustrating that it is considered normal because it happens so frequently on my drive into town. one of my final communications with the advocacy team was to turn off the eyesight when on those curves but that would require my eyesight to be off during my entire 30 min commute bc it happens on multiple curves. That is not acceptable or safe advice in my opinion. An eyesight issue was never mentioned to me by the dealership or the safety expert. Terry Subaru is aware and acknowledges that it is a valid concern but they have said Subaru will not listen to them and it is up to the customer to advocate for themselves. I love the car in every other way but I am at the point where it needs to be fixed or I can't drive it anymore. I have definitely warned everyone I know who asks if I like my car that it is a huge gamble..some people may have no issues with it but others will.. it all depends on the lay of the land and roads.

# Vehicle Snapshot

Thanks
M. Dabney Burnett
Sent from my iPhone
On May 26, 2023, at 3:08 PM, Customer Advocacy <Customers@subaru.com> wrote:

Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kristopher Drechsel | Date Created 5/30/2023 9:01 AM |
| First Name Margaret | To Email Address dabney137@yahoo.com; | Date Sent 5/30/2023 9:01 AM |
| Status Sent | From Email customers@subaru.com | Subject Re: [Case # 230525-2001249] |
| Email Body | | |

Dear
Margaret,
Thank you for sharing this information. I will investigate this further with Terry Subaru. I will reconnect with you after this occurs and I have information I can share. I will update you again by the end of business, 5:00 p.m. eastern, on June 2nd.
Sincerely,


Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826------------------- Original Message -------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Sat May 27 2023 13:53:06 GMT-0400 (Eastern Daylight Time)
To: Customer Advocacy <customers@subaru.com>; customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 230525-2001249]
CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and

# Vehicle Snapshot

know the content is safe.I took my vehicle to Terry Subaru in Lynchburg va. I have filed a previous claim over the same issue. Terry told me at the time of my original complaint that the traction control issue was something that they were already aware of. They said they were waiting for a software upgrade to correct the issue. They claimed it is an "overly sensitive YAW sensor". They were aware of another owner who brought their vehicle in with the same concern.

They also stated that the issue has been corrected in the 2023 model. However, after all this was said, they had a regional safety expert come and assess the car. He deemed it a "normal function of the vehicle" and the issue was immediately swept under the rug. I am a small population of customers that lives in a geographic location that creates the perfect storm for what I experience on my daily drive. The curves that trigger are not sharp and are traveled slowly. It's really frustrating that it is considered normal because it happens so frequently on my drive into town. one of my final communications with the advocacy team was to turn off the eyesight when on those curves but that would require my eyesight to be off during my entire 30 min commute bc it happens on multiple curves. That is not acceptable or safe advice in my opinion. An eyesight issue was never mentioned to me by the dealership or the safety expert. Terry Subaru is aware and acknowledges that it is a valid concern but they have said Subaru will not listen to them and it is up to the customer to advocate for themselves. I love the car in every other way but I am at the point where it needs to be fixed or I can't drive it anymore. I have definitely warned everyone I know who asks if I like my car that it is a huge gamble..some people may have no issues with it but others will.. it all depends on the lay of the land and roads.


Thanks
M. Dabney Burnett

Sent from my iPhone

On May 26, 2023, at 3:08 PM, Customer Advocacy <Customers@subaru.com> wrote:


Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826

## Email

| Last Name | Burnett | Owner | Kristopher Drechsel | Date Created | 6/6/2023 4:25 PM |
|---|---|---|---|---|---|

# Vehicle Snapshot

**First Name** Margaret     **To Email Address** customers@subaru.com;custom ers@subaru.com;     **Date Sent**

**Status** Received     **From Email** dabney137@yahoo.com     **Subject** Re: [Case # 230525-2001249]

**Email Body**

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Just following up on my case. Do you have any answers regarding the "over sensitive" YAW sensor causing my traction control to trigger? Or any information about future updates to correct the issue?
Thanks

Dabney Burnett

Sent from my iPhone
On May 27, 2023, at 1:52 PM, dabney burnett <dabney137@yahoo.com> wrote:
 I took my vehicle to Terry Subaru in Lynchburg va. I have filed a previous claim over the same issue. Terry told me at the time of my original complaint that the traction control issue was something that they were already aware of. They said they were waiting for a software upgrade to correct the issue. They claimed it is an "overly sensitive YAW sensor". They were aware of another owner who brought their vehicle in with the same concern.
They also stated that the issue has been corrected in the 2023 model. However, after all this was said, they had a regional safety expert come and assess the car. He deemed it a "normal function of the vehicle" and the issue was immediately swept under the rug. I am a small population of customers that lives in a geographic location that creates the perfect storm for what I experience on my daily drive. The curves that trigger are not sharp and are traveled slowly. It's really frustrating that it is considered normal because it happens so frequently on my drive into town. one of my final communications with the advocacy team was to turn off the eyesight when on those curves but that would require my eyesight to be off during my entire 30 min commute bc it happens on multiple curves. That is not acceptable or safe advice in my opinion. An eyesight issue was never mentioned to me by the dealership or the safety expert. Terry Subaru is aware and acknowledges that it is a valid concern but they have said Subaru will not listen to them and it is up to the customer to advocate for themselves. I love the car in every other way but I am at the point where it needs to be fixed or I can't drive it anymore. I have definitely warned everyone I know who asks if I like my car that it is a huge gamble..some people may have no issues with it but others will.. it all depends on the lay of the land and roads.

Thanks
M. Dabney Burnett
Sent from my iPhone
On May 26, 2023, at 3:08 PM, Customer Advocacy <Customers@subaru.com> wrote:

Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel

# Vehicle Snapshot

Subaru of America
Customer Advocacy Department
(856) 438-2826

| Email | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Kristopher Drechsel | **Date Created** 6/7/2023 4:31 PM |
| **First Name** Margaret | **To Email Address** dabney137@yahoo.com; | **Date Sent** 6/7/2023 4:32 PM |
| **Status** Sent | **From Email** customers@subaru.com | **Subject** Re: [Case # 230525-2001249] |
| **Email Body** | | |

Dear
Margaret
Thank you for your patience while I investigated this. I talked to Terry Subaru about the service visit that was previously completed. Service confirmed that the VDC in your vehicle is operating as intended. The service department of your local Subaru retailer will only make a repair recommendation if a non-conformity is determined, or a concern is duplicated. Your message and vehicle feedback has been documented in our database.
We document such information to continually track, review and consider the performance of Subaru products and services, always with the intentions of improving as an organization.
Sincerely,


Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826------------------- Original Message -------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Tue Jun 06 2023 16:25:47 GMT-0400 (Eastern Daylight Time)
To: Customer Advocacy <customers@subaru.com>; customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 230525-2001249]
CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Just following up on my case. Do you have any answers regarding the "over sensitive" YAW sensor causing my traction control to trigger? Or any information about future updates to correct the issue?
Thanks

Dabney Burnett


Sent from my iPhone

# Vehicle Snapshot

On May 27, 2023, at 1:52 PM, dabney burnett <dabney137@yahoo.com> wrote:


 I took my vehicle to Terry Subaru in Lynchburg va. I have filed a previous claim over the same issue. Terry told me at the time of my original complaint that the traction control issue was something that they were already aware of. They said they were waiting for a software upgrade to correct the issue. They claimed it is an "overly sensitive YAW sensor". They were aware of another owner who brought their vehicle in with the same concern.

They also stated that the issue has been corrected in the 2023 model. However, after all this was said, they had a regional safety expert come and assess the car. He deemed it a "normal function of the vehicle" and the issue was immediately swept under the rug. I am a small population of customers that lives in a geographic location that creates the perfect storm for what I experience on my daily drive. The curves that trigger are not sharp and are traveled slowly. It's really frustrating that it is considered normal because it happens so frequently on my drive into town. one of my final communications with the advocacy team was to turn off the eyesight when on those curves but that would require my eyesight to be off during my entire 30 min commute bc it happens on multiple curves. That is not acceptable or safe advice in my opinion. An eyesight issue was never mentioned to me by the dealership or the safety expert. Terry Subaru is aware and acknowledges that it is a valid concern but they have said Subaru will not listen to them and it is up to the customer to advocate for themselves. I love the car in every other way but I am at the point where it needs to be fixed or I can't drive it anymore. I have definitely warned everyone I know who asks if I like my car that it is a huge gamble..some people may have no issues with it but others will.. it all depends on the lay of the land and roads.



Thanks
M. Dabney Burnett

Sent from my iPhone

On May 26, 2023, at 3:08 PM, Customer Advocacy <Customers@subaru.com> wrote:



Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826

# Vehicle Snapshot

## Email

| | | |
|---|---|---|
| Last Name Burnett | Owner Kristopher Drechsel | Date Created 6/8/2023 5:12 PM |
| First Name Margaret | To Email Address customers@subaru.com; | Date Sent |
| Status Received | From Email dabney137@yahoo.com | Subject Re: [Case # 230525-2001249] |
| Email Body | | |

CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.I don't understand because I was told it was an over sensitive YAW sensor and the issue had been corrected in the 2023 model. I have driven 3 Subarus prior to my wilderness and never experienced the vdc slipping… I am sooo disappointed in Subaru and the way the issue has been brushed under the rug. It is a flaw in the design and should be acknowledged. I wish someone would drive with me to the grocery store…no one would agree that it is normal…Do better..
Sent from my iPhone
On Jun 7, 2023, at 4:32 PM, Customer Advocacy <Customers@subaru.com> wrote:


Dear
Margaret
Thank you for your patience while I investigated this. I talked to Terry Subaru about the service visit that was previously completed. Service confirmed that the VDC in your vehicle is operating as intended. The service department of your local Subaru retailer will only make a repair recommendation if a non-conformity is determined, or a concern is duplicated. Your message and vehicle feedback has been documented in our database.
We document such information to continually track, review and consider the performance of Subaru products and services, always with the intentions of improving as an organization.
Sincerely,


Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826------------------- Original Message -------------------
From: Margaret Burnett <dabney137@yahoo.com>;
Received: Tue Jun 06 2023 16:25:47 GMT-0400 (Eastern Daylight Time)
To: Customer Advocacy <customers@subaru.com>; customers@subaru.com <customers@subaru.com>;
Subject: Re: [Case # 230525-2001249]
CAUTION: This email has originated from outside of SOA. Do not click on links or open attachments unless you recognize the sender and know the content is safe.Just following up on my case. Do you have any answers regarding the "over sensitive" YAW sensor causing my traction control to trigger? Or any information about future updates to correct the issue?
Thanks

Dabney Burnett

# Vehicle Snapshot

Sent from my iPhone
On May 27, 2023, at 1:52 PM, dabney burnett <dabney137@yahoo.com> wrote:

 I took my vehicle to Terry Subaru in Lynchburg va. I have filed a previous claim over the same issue. Terry told me at the time of my original complaint that the traction control issue was something that they were already aware of. They said they were waiting for a software upgrade to correct the issue. They claimed it is an "overly sensitive YAW sensor". They were aware of another owner who brought their vehicle in with the same concern.
They also stated that the issue has been corrected in the 2023 model. However, after all this was said, they had a regional safety expert come and assess the car. He deemed it a "normal function of the vehicle" and the issue was immediately swept under the rug. I am a small population of customers that lives in a geographic location that creates the perfect storm for what I experience on my daily drive. The curves that trigger are not sharp and are traveled slowly. It's really frustrating that it is considered normal because it happens so frequently on my drive into town. one of my final communications with the advocacy team was to turn off the eyesight when on those curves but that would require my eyesight to be off during my entire 30 min commute bc it happens on multiple curves. That is not acceptable or safe advice in my opinion. An eyesight issue was never mentioned to me by the dealership or the safety expert. Terry Subaru is aware and acknowledges that it is a valid concern but they have said Subaru will not listen to them and it is up to the customer to advocate for themselves. I love the car in every other way but I am at the point where it needs to be fixed or I can't drive it anymore. I have definitely warned everyone I know who asks if I like my car that it is a huge gamble..some people may have no issues with it but others will.. it all depends on the lay of the land and roads.


Thanks
M. Dabney Burnett

Sent from my iPhone
On May 26, 2023, at 3:08 PM, Customer Advocacy <Customers@subaru.com> wrote:


Dear
Margaret,
Thank you for contacting Subaru of America, Inc. We appreciate you taking time out of your day to contact us.
I was transferred the contact you made about your Outback and will be reviewing your file further. Which Subaru retailer have you taken your vehicle to regarding the concerns you have been experiencing?
Thank you for the opportunity to be of assistance.
Sincerely,
Kris Drechsel

Subaru of America
Customer Advocacy Department
(856) 438-2826

# Vehicle Snapshot

## Phone Call

| | | | |
|---|---|---|---|
| Subject | Call to Retailer | Created On | 5/31/2023 1:28 PM |
| Call Type | Retailer | Direction | Outgoing |

Description  I spoke to Chase in service (I asked for SM). I learned that the customer came in on October 25th with a complaint about traction control activating when driving on a winding road. The technician test drove the vehicle and duplicated the customer concern. Further evaluation determined that the VDC slip light is intended to activate in this scenario. This activation is a normal operating characteristic. The retailers DQSM said that feedback about the VDC has been shared. There are no plans to modify or change the characteristics of the system.

# Vehicle Snapshot

VIN: N3234540

## CAD Case



## Information

| | | |
|---|---|---|
| **Case #:** 240708-2001907 | **Last Name** Burnett | **VIN** N3234540 |
| **Status** | **First Name** Margaret | **Year** |
| **Source** Phone | **Primary Phone** | **Model** |
| **Created Date** 7/8/2024 4:20 PM | **Case Owner** Alec Laboski | **Case Mileage** |
| **Created By** Alec Laboski | **Closed By** Alec Laboski | **Manufactured** 4/14/2022 |
| **Last Modified Date** 7/8/2024 4:25 PM | **Description** | **Retailer #** 550501 |
| **Last Modified By** Dynamics Dynamics Application | | **Retailer Name** SOA EXECUTIVE DEPARTMENT |
| | | **Region** 550 |
| | | **Zone** 00 |
| | | **District** 00 |

## Address

| | |
|---|---|
| **Primary Address** 2259 Waugh Switch Rd | **Created By** CRM Inbound Prod |
| **City** Big Island | **Created Date** 5/5/2022 11:04 AM |
| **State** VA | **Last Modified By** Cleanse Application PROD |
| **Zip Code** 24526-3293 | **Last Modified Date** 7/22/2022 5:51 AM |

## Case Topic

| | | |
|---|---|---|
| **Type** Other Accessory | **Last Modified Date** 7/8/2024 4:24 PM | **Created Date** 7/8/2024 4:24 PM |
| **Area** Vehicle | **Last Modified By** Alec Laboski | **Created By** Alec Laboski |
| **Sub-Area** Accessories | **TREAD** Structure | |

## Note

| | |
|---|---|
| **Date Created** 7/8/2024 4:21 PM | **Created By** Alec Laboski |
| **Note** | |

## Email

| | | |
|---|---|---|
| **Last Name** Burnett | **Owner** Alec Laboski | **Date Created** 7/8/2024 4:21 PM |

*Report Generated on 7/9/2024*

# Vehicle Snapshot

**First Name** Margaret      **To Email Address** docs@subaru.com;      **Date Sent**

**Status** Received      **From Email** alabos@subaru.com      **Subject** [240708-2001907]

**Email Body**

From: Bennett, Beth <ebenne@subaru.com>
Sent: Monday, July 8, 2024 3:59 PM
To: Yacoub, Martina <MYacoub@subaru.com>
Cc: Laboski, Alec <alabos@subaru.com>; Carr, Gerilyn <gcar@SUBARU.com>; Sullivan, Andre <asul@subaru.com>
Subject: Complaint - Margaret Dabney Burnett v. SOA, et al.
Hi Martina,
Attached is a summons and complaint acknowledged this afternoon.
This is a Virginia matter.
I will forward to Laura Hooe's office for handling.
Thanks.
Beth BennettSenior Administrative Professional Legal Department856.488.3280 | ebenne@subaru.com Subaru of America, Inc. | One Subaru Drive | Camden, NJ 08103

# Vehicle Snapshot

VIN:



| Quality Monitoring Report |
| --- |