

# Subaru and You:
## The Subaru Difference

Thank you for buying a new Subaru. We take great pride in our products and are happy that you have decided Subaru fits your driving needs. We at Subaru are dedicated to doing our best to ensure your satisfaction – with both our products and our people.

Our products are backed by more than five hundred franchised retailers nationwide. They are trained to service our cars and have a responsibility to carry an inventory of repair parts. Combined, this technical expertise and parts supply should enable your local retailer to provide you with service support long after the sale. Please view your Subaru retailer as a resource in resolving any problems you may encounter with your Subaru.

This booklet supplements your Owner's Manual and Warranty Service Booklet. It includes important disclosure information as required by some states. If your state is not listed, please check with your individual State agencies for information and refer to the "All States" section.

We are very interested in your satisfaction and in retaining your business. Please let us know how we can help you!

Subaru of America, Inc.

All information contained in this document is based on the available State information at the time of publication. Specific State information may change at any time. Please refer to your State agency for updated information.

# Contents

**\*All States** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
**Arkansas** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
**California** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
**Colorado** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
**Connecticut**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
**District of Columbia** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 31
**Florida** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
**Georgia** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
**Hawaii** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
**Idaho** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
**Illinois**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
**Indiana** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
**Iowa** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
**Maine** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
**Maryland** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
**Massachusetts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
**Michigan** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
**Minnesota** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
**Montana**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
**New Hampshire**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
**New Jersey** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
**New Mexico**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
**New York** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
**North Carolina**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
**Ohio** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
**Pennsylvania** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
**South Carolina** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
**Texas** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
**Vermont** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
**Washington** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
**West Virginia** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
**Wisconsin** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

\*This information is provided by Subaru of America, Inc. to assist you with any questions or problems you may encounter with our products. Kindly refer to the listing above for additional specific state information.

## All States

**WHAT TO DO IF YOU HAVE A QUESTION OR PROBLEM**

In the event that you have any questions or comments concerning the performance or servicing of your Subaru, it is recommended that you take the following steps:

1. Contact your Subaru retailer and speak with the Service, Parts or Sales Manager. Concerns are usually resolved most quickly by the retailer.
2. If your concern is not resolved, contact the General Manager or Owner of the retailer. It is usually best to outline your concerns in writing and supply copies of all repair orders and a complete repair history.
3. If your concern cannot be resolved quickly by the retailer personnel or management, contact the Customer Retailer Services Department at Subaru of America, Inc.

Subaru of America, Inc.
One Subaru Drive
Camden, NJ 08103-9800
Attn: Customer Retailer Services
1-800-SUBARU3 (1-800-782-2783)

Please supply the following information:

- your name and address
- your telephone number (both home and office)
- the Vehicle Identification Number (serial number) which may be found on the inside front cover of your Warranty & Service Booklet, on your vehicle registration or insurance card, or by looking at the dashboard of your vehicle through the windshield on the driver's side.
- the retailer's name and location
- the age and current mileage of your car
- the nature of your concern

Please keep in mind that in most cases your concerns can be resolved most quickly through the retailers you contacted in steps 1 or 2, using that retailer's personnel, equipment and facilities. Therefore, you will save time by following the steps in the order listed above.

**Your complete satisfaction is important to us.**

1

# Arkansas

**IMPORTANT NOTICE ABOUT
ARKANSAS NEW MOTOR VEHICLE QUALITY ASSURANCE ACT**

1. Written notice of a defect giving rise to a claim under the Arkansas New Motor Vehicle Quality Assurance Act must be given to Subaru of America, Inc. ("Subaru") before you may be eligible for a refund or replacement of your vehicle under the provisions of the Arkansas New Motor Vehicle Quality Assurance Act. Written notice of a defect should be sent to:

    Subaru of America, Inc.
    One Subaru Drive
    Camden, NJ 08103-9800
    Attn: Customer Retailer Services
    1-800-SUBARU3 (1-800-782-2783)

2. Subaru participates in Better Business Bureau (BBB) AUTO LINE, a dispute settlement program administered by the Council of Better Business Bureaus [4200 Wilson Boulevard Arlington, Virginia 22203] through local Better Business Bureaus.

3. To file a claim with BBB AUTO LINE, call 1-800-955-5100. Your call will automatically be directed to the appropriate BBB AUTO LINE office. There is no charge for this call.

In order to file a claim with BBB AUTO LINE, you have to provide your name and address, the brand name and vehicle identification number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time your problem was first brought to the attention of Subaru or one of our retailers, and a statement of the relief you are seeking.

Unless you would like to proceed directly to arbitration, BBB staff will try to achieve a resolution of your dispute by serving as an intermediary between you and Subaru. If that does not successfully resolve your dispute, and your claim is eligible for arbitration, you may present your case to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued 40 days from the time your complaint was filed.

*continued...*

## Arkansas (con't)

4. You are free to reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings may be admissible in a civil action arising out of a vehicle warranty obligation and relating to a matter considered by the BBB AUTO LINE program.

   If you accept the arbitrator's decision, Subaru will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after you accept the decision.

5. Please call BBB AUTO LINE for further details about your eligibility for this program.

## California

California Civil Code Section 1793.2(d) generally requires that, if Subaru of America, Inc. or its authorized repair facilities are unable to repair your new Subaru vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, and the nonconformity substantially impairs the use, value, or safety of your vehicle, then you may be entitled to return your vehicle to Subaru for a refund of the purchase price, less a deduction for use, or for a comparable replacement vehicle. These rights apply only to vehicles purchased primarily for personal, family or household use.

California Civil Code Section 1793.22(b) creates a rebuttable presumption that Subaru has had a reasonable number of attempts to conform your vehicle to its applicable express warranties if, within 18 months of delivery to the buyer or lessee, or 18,000 miles on the odometer of the vehicle, whichever occurs first, one or more of the following occurs:

1. The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven, and the nonconformity has been subject to repair two or more times by Subaru of America, Inc. or its authorized repair facilities, and the buyer or lessee has at least once directly notified Subaru of America, Inc. of the need for repair of the nonconformity; OR

2. The same nonconformity has been subject to repair four or more times by Subaru of America, Inc. or its authorized repair facilities, and the buyer or lessee has at least once directly notified Subaru of America, Inc. of the need for the repair of the nonconformity; OR

*continued...*