# JAMES B. FEINMAN
## ATTORNEY AT LAW

JAMES B. FEINMAN, ATTORNEY
JB@JFEINMAN.COM

PHYSICAL ADDRESS: 2303 YORKTOWN AVE.      LYNCHBURG, VIRGINIA 24501
MAILING ADDRESS: P.O. BOX 697             LYNCHBURG, VA 24505
TELEPHONE (434) 846-7603                  FAX (434) 846-0158

April 28, 2025

<u>VIA EMAIL</u>
Judge Urbanski
United States District Court
Western Division
210 Franklin Road, S.W., Suite 350
Roanoke, VA 24011-2208

          RE:    <u>Margaret Dabney Burnett v. Subaru of America, Inc.</u>
                 Case No: 6:24-cv-00042

Dear Judge Urbanski:

      Over the weekend, my wife and I were in Lexington, Kentucky, watching our son play in a Lacrosse game when I learned of the death of a friend in Stuttgart, Arkansas. I learned late Saturday that the funeral is this afternoon, and I was asked to serve as a pallbearer. I travelled to Arkansas yesterday, arriving late last night. I called earlier, but this is my first chance to write. I previously left a voice message for Laura Mae Hooe, the opposing counsel. Based on these circumstances, I request and move the Court to reschedule the conference originally set for today at 2:00 p.m.

      Thank you for the Court's consideration, and I await your response.

Sincerely,

James B. Feinman

JBF/abn
Cc: Laura Mae Hooe (via email)