CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/4/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **MARGARET DABNEY BURNETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cv-042 |
| **SUBARU OF AMERICA, INC.** ) | |
| ) | |
| and ) | By:    Michael F. Urbanski |
| ) | Senior United States District Judge |
| **TERRY, INC. d/b/a** ) | |
| **TERRY VOLKSWAGEN & SUBARU,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the representation made by counsel that this case has been resolved, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

Any pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is so **ORDERED**.

Entered:  August 4, 2025

Michael F. Urbanski
U.S. District Judge
2025.08.04 14:03:50
-04'00'

Michael F. Urbanski
Senior United States District Judge